**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Terence Devon SCOTT, Defendant—Appellant.**

No. 11–7685.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 23, 2012.

Terence Devon Scott, Appellant Pro Se. Craig Jon Jacobsen, I, Assistant United

States Attorney, Roanoke, Virginia, for Appellee.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terence Devon Scott appeals the district court's order denying his motion to reduce his sentence and its subsequent order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Scott,* No. 6:05–cr–00015–NKM–2 (W.D.Va. Nov. 17, 2011); 2011 WL 6257514 (Dec. 15, 2011) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*